IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:05CR301 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| VICTOR M. ARISTA-HERRERA, | ) | |
| Defendant. | ) | |

Before the court is the report and recommendation of United States Magistrate Judge Thomas D. Thalken, Filing No. 32. No objection has been filed to the report and recommendation. Pursuant to NECrimR 57.3 and 28 U.S.C. § 636(b)(1)(C), the court has conducted a de novo review of the record and adopts the report and recommendation in its entirety.

THEREFORE, IT IS HEREBY ORDERED that:

1. The report and recommendation, Filing No. 32, is adopted in its entirety;
2. The defendant's motion to suppress, Filing 11, is denied.

Dated this 15th day of March, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge